No. A–331. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* BYRD. Application of the Attorney General of Missouri for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

### NOVEMBER 2, 1990

No. 90–560. CONTINENTAL AIRLINES HOLDINGS, INC., ET AL. *v.* AMERICAN GENERAL CORP. ET AL. Sup. Ct. Del. Certiorari dismissed under this Court's Rule 46.